PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

RECEIVED  
WILLIAM T. WALSH, CLERK  
2005 MAY 26  P 3: 57  
UNITED STATES  
DISTRICT COURT

UNITED STATES OF AMERICA

V.

Crim. No. 99-00109-02

Joanne Vazquez-Arroyo

On July 26, 2001, the above named was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release, upon the submission of required DNA sample.

Respectfully submitted,

*[signature]*  
Senior U.S. Probation Officer  
Edwin Vazquez

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __26th__ Day of __May__, 20_05_.

*[signature]*  
United States District Judge